UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-299M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RICHARD EDWARD GODIN, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Importation of MDMA

<u>Date of Detention Hearing</u>:   June 17, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged by Complaint with importation of MDMA into the United States from Canada.  He is alleged to have been driving a vehicle in which 46 bags containing approximately 52.2 kilograms of ecstacy (MDMA) were found in the bed liner of the truck.  It is alleged that the approximate retail value of the MDMA was between $4 and $5 million.

01     (2)    Defendant has no ties to this District. He has lived in Canada all his life. Pretrial
02 services was unable to confirm his employment. Defendant admits to use of methamphetamine.

03     (3)    The AUSA proffers that the defendant admitted to having a trip into the United
04 States scheduled to pick up a load of assault rifles.

05     (4)    The defendant is unable to offer funds to post for bail, and so does not contest
06 detention at this time.

07     (5)    Defendant poses a risk of nonappearance based on lack of ties to this District,
08 Canadian citizenship, and alleged substance abuse. He poses a risk of danger based on the nature
09 of the pending charges, particularly the quantity and alleged value of the drugs that were seized.

10     (6)    There does not appear to be any condition or combination of conditions that will
11 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
12 to other persons or the community.

13 It is therefore ORDERED:

14     (1)    Defendant shall be detained pending trial and committed to the custody of the
15     Attorney General for confinement in a correction facility separate, to the extent
16     practicable, from persons awaiting or serving sentences or being held in custody
17     pending appeal;

18     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
19     counsel;

20     (3)    On order of a court of the United States or on request of an attorney for the
21     Government, the person in charge of the corrections facility in which defendant is
22     confined shall deliver the defendant to a United States Marshal for the purpose of
23     an appearance in connection with a court proceeding; and

24 / / /

25 / / /

26 / / /

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01     (4)     The clerk shall direct copies of this Order to counsel for the United States, to
02             counsel for the defendant, to the United States Marshal, and to the United States
03             Pretrial Services Officer.

04 DATED this  17th  day of June, 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91